[No. 6390-1.   Division One.   June 18, 1979.]

CARL HADEEN, ET AL, *Respondents,* v. MARTIN L.
SIMMS, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 825965, James J. Dore, J., entered February
16, 1979. *Affirmed* by unpublished opinion per James, J.,
concurred in by Farris and Ringold, JJ.

[No. 3340-2.   Division Two.   June 20, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY
P. SOPAK, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. C–614, Gerry L. Alexander, J., entered Febru-
ary 21, 1978. *Affirmed* by unpublished opinion per Reed, J.,
concurred in by Pearson, C.J., and Petrie, J.

[No. 6000-1.   Division One.   June 25, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT
M. MARK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79848, David C. Hunter, J., entered September
26, 1977. *Affirmed* by unpublished opinion per Farris, J.,
concurred in by Andersen, J., Dore, J., dissenting.

[No. 6191-1.   Division One.   June 25, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
THOMAS PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81836, George H. Revelle, J., entered
December 1, 1977. *Reversed* by unpublished opinion per
Ringold, J., concurred in by Swanson, A.C.J., and Dore, J.